No. 00–5620. DAVIS *v.* QUICK ET AL. Ct. App. D. C. Certiorari denied.

No. 00–5622. LIMEHOUSE *v.* RED LOBSTER. C. A. 11th Cir. Certiorari denied.

No. 00–5624. JEFFERSON *v.* UNITED STATES; and
No. 00–5936. JEFFERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 215 F. 3d 820.

No. 00–5627. BONNET-GRULLON, AKA BOWMET, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–5631. ROBINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–5634. YOUNG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 00–5637. HUNTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–5639. HOUSTON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 00–5641. TRAVIS *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 00–5642. KAKATIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–5645. HARRISON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 00–5646. FULLER *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied. 

No. 00–5648. LUCIOUS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–5651. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–5654. MUSCHIK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.